1

2

3                                                                O

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )
                                        )
12              Plaintiff,             )        SA 08-408M
                                        )
13      v.                             )   ORDER OF DETENTION AFTER HEARING
                                        )        (18 U.S.C. § 3142(i))
14  UBALDO PALACIOS-PINEDA,            )
                                        )
15              Defendant.             )
                                        )
16  _____ )

17                                         I.

18      A.  ( ) On motion of the Government involving an alleged

19          1.  ( )  crime of violence;

20          2.  ( )  offense with maximum sentence of life imprisonment or death;

21          3. ( )   narcotics or controlled substance offense with maximum sentence of ten or more years

22                  (21 U.S.C. §§  801,/951, et. seq.,,/955a);

23          4.  ( )  felony - defendant convicted of two or more prior offenses described above.

24      B.  On motion  ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25          1.  ( X )    serious risk defendant will flee;

26          2.  ( )  serious risk defendant will

27              a. ( )   obstruct or attempt to obstruct justice;

28              b. ( )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

II.

The Court finds no condition or combination of conditions will reasonable assure:

A. ( X )   appearance of defendant as required; and/or

B. ( ) safety of any person or the community;

III.

The Court has considered:

A. ( x ) the nature and circumstances of the offense;

B. (x) the weight of evidence against the defendant;

C. (x) the history and characteristics of the defendant;

D. ( ) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because:


B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented.  He has no ties to the community and no bail resources.**


C. ( ) A serious risk exists that defendant will:

1. ( )   obstruct  or  attempt to  obstruct  justice;

2. ( )   threaten, injure or intimidate a witness/ juror; because:


D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

///

///

///

///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                                              - 2 -

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3    facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5    consultation with his counsel.

6
     Dated: August 5, 2008
7
                                                        _____
8                                                       Marc L. Goldman
                                                        U.S. Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**